E-FILED
Friday, 26 April, 2019  11:34:20 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS**



FILED

APR 2 4 2019

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Helene Tonique
Williams                )
                        )
                        )
_____ )   CIVIL ACTION
(Name of the plaintiff or plaintiffs)  )
                        )
        v. Indeeds Inc  )   NO. 19-3107-SEm/TSH
Gamma Team Security, INC, )
Ar the Tiffany And Company )
and Wintrust Arena       )
_____ )
(Name of the defendant or defendants)  )

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. Plaintiff ☐ DOES ☑ DOES NOT demand a jury trial.

### I. PARTIES

2. The plaintiff is Ex employee / Security Officer / Private Detective
whose street address is P.O. Box 641373                          ,
(city) Chicago      (state) Illinois   (ZIP) 60664
(Plaintiff's telephone number)    (312) - 401 - 5988

3. The defendant is Employer / Contractor                   , whose
street address is 3520 South Commercial Ave              ,
(city) Northbrook    (state) IL    (ZIP) 60062
(Defendant's telephone number)    (___) - _____

4. The alleged discrimination occurred at Tiffany And Company 299
(city) Oak Brook Center (state) IL    (ZIP) 60523

5. The plaintiff [*check one box*]

(a) ☑ was denied employment by the defendant.

(b) ☐ was hired and is still employed by the defendant.

(c) ☐ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) February , (day) 12th , (year) 2019 .

## II. JURISDICTION

7. Jurisdiction over this claim is based on 28 U.S.C. § 1331. Plaintiff alleges that the defendant(s) discriminated against Plaintiff because of Plaintiff's:

☐ Age (The Age Discrimination in Employment Act, 29 U.S.C. § 621)

☑ Color (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

☐ Disability (The Americans with Disabilities Act, 42 U.S.C. § 12101 and/or The

Rehabilitation Act, 29 U.S.C. § 701)

☑ National Origin (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

☑ Race (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

☐ Race (42 U.S.C. § 1981)

☑ Religion (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

☐ Sex/Gender (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

☑ Sex/Gender (Equal Pay Act, 29 U.S.C. § 206)

☐ Use of Leave (Family and Medical Leave Act, 29 U.S.C. § 2611)

☑ Other (list): Indeed Inc sent me to these Companies that Committed the same acts of racial profiling / discrimination.

8. Plaintiff ☑ HAS ☐ HAS NOT filed a charge before the United States Equal Employment Opportunity Commission (EEOC) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint.]**

9. Plaintiff ☑ HAS ☐ HAS NOT filed a charge before the Illinois Department of Human Rights (IDHR) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint.]**

10. Plaintiff ☑ HAS ☐ HAS NOT received a Right to Sue Notice. If yes, Plaintiff's Right to Sue Notice was received on or about (date) __April 1st, 2019__ .

**[Attach copy of Notice of Right to Sue to this complaint.]**

### III. FACTS IN SUPPORT OF CLAIM

11. The defendant intentionally discriminated against Plaintiff [*check only those that apply*]:

(a)☐ by failing to hire the plaintiff.

(b)☑ by terminating the plaintiff's employment.

(c)☐ by failing to promote the plaintiff.

(d)☑ by failing to stop harassment;

(e)☐ by failing to reasonably accommodate the plaintiff's disabilities.

(f)☑ by failing to reasonably accommodate the plaintiff's religion.

(g)☑ by retaliating against the plaintiff because the plaintiff did something to assert rights protected by the laws;

(h)☑ by coercing, intimidating, threatening or interfering with the plaintiff's exercise or enjoyment of rights;

(i)☐ with respect to the compensation, terms, conditions, or privileges of employment;

(j)☐ other (specify):_____

_____

_____

_____

_____

_____

_____

3

12. State here briefly and as clearly as possible the essential facts of your claim. Describe precisely how each defendant in this action is involved. Give dates and places. Concentrate on describing as clearly and simply as possible what employment action or situation you allege to have been illegal and how it violated your rights. It is not necessary to make legal arguments or cite any cases or statutes.

I Helene Tonique Williams the (plaintiff)
was hired by Security Company/Contractors, and Indeeds the
(defendants) Gamma Team Security to work for
Jewelry Company Tiffany And Company in November
of 2018. From then until February 12th, 2019 I
was harrassed by Gamma Team Security's Clients
Tiffany And Company because of my race, African
American/Native American Indian, my sex female, and
my religion Jewish. The company Tiffany And Company
employees called me niggers, harrassed me for watching
black history vidios during black history month while on break
by myself in break room, and reported me for admitting I'm
Jewish while talking about Jewish religion with white employees of Tiffany's.

13. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐     Direct the defendant to hire the plaintiff.

(b) ☐     Direct the defendant to re-employ the plaintiff.

(c) ☐     Direct the defendant to promote the plaintiff.

(d) ☐     Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐     Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☑     Direct the defendant to (specify): Financially accommodate

4

for personal injury by discriminating against my
Sex, race, and religion, Purposely aggrivating me
while at work sight and being verbally abusive
with purpose to fire. I'm filing a lawsuit for
$1,000,000 because it caused me to loose my
Job, and denied me my haritage as well as religion.

(g) ☐ If available, grant the plaintiff appropriate injunctive relief, lost wages,
liquidated/double damages, front pay, compensatory damages, punitive damages,
prejudgment interest, post-judgment interest, and costs, including reasonable
attorney fees and expert witness fees.

(h) ☑ Grant such other relief as the Court may find appropriate.

_Helene Tonique Willia_____
(Plaintiff's signature)

_Helene Tonique Williams_____
(Plaintiff's name)

_____

PO Box 641373
(Plaintiff's street address)

(City) Chicago          (State) IL     (ZIP) 60664
(Plaintiff's telephone number) (312) - 401-5988

Date: _4/3/2019_____

5

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To:  **Helene T. Williams**
**P.O. Box 641373**
**Chicago, IL 60664**

From:  **Chicago District Office**
**500 West Madison Street, #2000**
**Chicago, IL 60661**

☐  On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (23 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **440-2019-03476** | **Kimberly M. Engram,** Investigator | **(312) 869-8035** |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒  The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☐  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐  Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Enclosures(s)

**Julianne Bowman,**
**District Director**

4/9/19
(Date Mailed)

cc:  **Stella Butera, HR Director**
**WINTRUST ARENA**
**200 East Cermak**
**Chicago, IL 60616**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 440-2019-03476 |

| Illinois Department Of Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Helene T. Williams | (312) 401-5988 | 1985 |

| Street Address | City, State and ZIP Code |
|---|---|
| P.O. Box 641373, Chicago, IL 60664 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| WINTRUST ARENA | 15 - 100 | (312) 791-6900 |

| Street Address | City, State and ZIP Code |
|---|---|
| 200 East Cermak, Chicago, IL 60616 | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE  ☐ COLOR  ☐ SEX  ☒ RELIGION  ☐ NATIONAL ORIGIN

☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION

☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest — Latest: 03-21-2019

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was assigned to work for the Respondent on or about March 5, 2019. My position is Security Guard. While securing the site, I was subjected to racial epithets and other derogatory name calling. On or about March 21, 2019, I took an emergency telephone call and was falsely accused of recording. Subsequently, I was sent home.

I believe that I have been discriminated against because of my race, Black, and my religion, Hebrew, in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED EEOC

MAR 25 2019

CHICAGO DISTRICT OFFICE

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Mar 25, 2019 — *Date* — *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

EEOC Form 161-B (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| | |
|---|---|
| To: **Helene T. Williams**<br>**P.O. Box 641373**<br>**Chicago, IL 60664** | From: **Chicago District Office**<br>**500 West Madison St**<br>**Suite 2000**<br>**Chicago, IL 60661** |

☐ *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **440-2019-03742** | **Eric Lamb,**<br>**Investigator** | **(312) 869-8092** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐    More than 180 days have passed since the filing of this charge.

☒    Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒    The EEOC is terminating its processing of this charge.

☐    The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐    The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

☐    The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

**Julianne Bowman,**
**District Director**

4/10/19
*(Date Mailed)*

Enclosures(s)

cc:    **Chief Executive Officer**
**INDEED, INC.**
**6433 Champion Grandview Way**
**Building 1**
**Austin, TX 78750**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA | |
| | [X] EEOC | 440-2019-03742 |

| **Texas Workforce Commission Civil Rights Division** | | and EEOC |
|---|---|---|
| *State or local Agency, if any* | | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Helene T. Williams** | **(312) 401-5988** | **1985** |

| Street Address | City, State and ZIP Code | | |
|---|---|---|---|
| **P.O. Box 641373, Chicago, IL 60664** | | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **INDEED, INC** | **500 or More** | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| **6433 Champion Grandview Way, Building 1, Austin, TX 78750** | | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest          Latest |
| [X] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN | 03-21-2019 |
| [ ] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION | |
| [ ] OTHER *(Specify)* | [ ] CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I have been an applicant for employment through Respondent. During the application processes, Respondent has subjected me to different referral and hiring procedures than non-African American and non-Female applicants. The employers to whom I have been referred to and hired by have subjected me to different terms and conditions of employment and have discharged me.

I believe that I have been discriminated against because of my race, African American, and my sex, female, in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED EEOC

APR 0 4 2019

CHICAGO DISTRICT OFFICE

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| | |
| **Apr 04, 2019** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
| Date          Charging Party Signature | |

EEOC Form 161-B (11/16)

## U.S. Equal Employment Opportunity Commission

### Notice of Right to Sue *(Issued on Request)*

| | |
|---|---|
| To:  **Helene Williams**<br>       **P O Box 641373**<br>       **Chicago, IL 60664** | From:  **Chicago District Office**<br>            **500 West Madison St**<br>            **Suite 2000**<br>            **Chicago, IL 60661** |

☐   *On behalf of person(s) aggrieved whose identity is*
     *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
|  | **Daniel Lim,** | |
| **21B-2019-00600** | **State & Local Coordinator** | **(312) 869-8082** |

*(See also the additional information enclosed with this form.)*

**Notice to the Person Aggrieved:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐     More than 180 days have passed since the filing of this charge.

☒     Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will
       be able to complete its administrative processing within 180 days from the filing of this charge.

☒     The EEOC is terminating its processing of this charge.

☐     The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐     The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN</u>
       <u>90 DAYS</u> of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

☐     The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge,
       you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*Julianne Bowman*/mb                                          4/1/2019

Enclosures(s)                                                              *(Date Mailed)*

**Julianne Bowman,**
**District Director**

cc:     **TIFFANY AND COMPANY**
        **c/o Chief Executive Officer**
        **299 Oak Brook Center**
        **Oak Brook, IL 60523**

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.

# 19W0213.05

| AGENCY | CHARGE NUMBER |
|---|---|
| ☒ IDHR | 2019CF1273 |
| ☐ EEOC | |

### Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.) | TELEPHONE NUMBER (include area code) |
|---|---|
| Helene T. Williams | (312) 401-5988 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| P.O. Box 641373 | Chicago, Illinois 60664 | |
| | | MM / DD / YYYY |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE NUMBER (include area |
|---|---|---|
| Tiffany and Company | | (630) 574-7900 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 299 Oak Brook Center | OAK Brook, Illinois 60523 | Cook |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION EARLIEST (ADEA/EPA) LATEST (ALL) |
|---|---|
| Race    Sex    National Origin    Retaliation | December 2018 - February 12, 2019 |
| | ☐ CONTINUING ACTION |

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

### S E E   A T T A C H E D

Page 1 of 4                                                                                                    MTS

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SUBSCRIBED AND SWORN TO BEFORE ME

THIS _14th_ DAY OF _February_, 2019

X _Kelly A_
NOTARY SIGNATURE

KELLY ORTIZ
Official Seal
Notary Public – State of Illinois
My Commission Expires Sep 15, 2021

NOTARY STAMP

X _Helene T. Williams_        2/14/2019
SIGNATURE OF COMPLAINANT        DATE

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

EEO-5 FORM (Rev. 7/12-INT)



Charge Number: 2019CF1273
Complainant: Helene T. Williams
Page 2 of 4

I.  A.  ISSUES/BASIS

HARASSMENT – DECEMBER 2018, THROUGH FEBRUARY 12, 2019,
DUE TO MY RACE, BLACK.

B.  PRIMA FACIE ALLEGATIONS

1.  My race is black.

2.  My performance as security officer met Respondent's expectations. I
    was assigned to Respondent in November 2018 by Gamma Team
    Security, Inc.

3.  On February 12, 2019, I was harassed in the workplace in that:

    a.  I was subjected to an intimidating and hostile environment at
        because employees were drinking around children.
    b.  On January 13, 2019, Tiffany and Co. employees claimed that I was
        racist because I watched a black history video on my phone in the
        breakroom.

4.  Respondent's conduct created a hostile intimidating and offensive
    work environment that substantially interfered with my ability to
    perform the essential functions of my job.

II.  A.  ISSUES/BASIS

HARASSMENT – DECEMBER 2018, THROUGH FEBRUARY 12, 2019,
DUE TO MY SEX, FEMALE.

B.  PRIMA FACIE ALLEGATIONS

1.  My sex is female.

2.  My performance as security officer met Respondent's expectations. I
    was assigned to Respondent in November 2018 by Gamma Team
    Security, Inc.

3.  On February 12, 2019, I was harassed in the workplace in that:

    a.  I was subjected to an intimidating and hostile environment because
        employees were drinking around children.
    b.  On January 13, 2019, Tiffany and Co. employees claimed that I was
        racist because I watched a black history video on my phone in the
        breakroom.



Charge Number: 2019CF1273
Complainant: Helene T. Williams
Page 3 of 4

    4.    **Respondent's conduct created a hostile intimidating and offensive work environment that substantially interfered with my ability to perform the essential functions of my job.**

## III.  A.  ISSUES/BASIS

**HARASSMENT – DECEMBER 2018, THROUGH FEBRUARY 12, 2019, DUE TO MY RELIGION, HEBREW/JEWISH.**

### B.  PRIMA FACIE ALLEGATIONS

1.    My religion is Hebrew/Jewish.

2.    My performance as security officer met Respondent's expectations. I was assigned to Respondent in November 2018 by Gamma Team Security, Inc.

3.    On February 12, 2019, I was harassed in the workplace in that:

    a. I was subjected to an intimidating and hostile environment because employees were drinking around children.
    b. On January 13, 2019, Tiffany and Co. employees claimed that I was racist because I watched a black history video on my phone in the breakroom.

4.    **Respondent's conduct created a hostile intimidating and offensive work environment that substantially interfered with my ability to perform the essential functions of my job.**

## IV.  A.  ISSUES/BASIS

**HARASSMENT – DECEMBER 2018, THROUGH FEBRUARY 12, 2019, DUE TO MY NATIONAL ORIGIN, UNITED STATES OF AMERICA.**

### B.  PRIMA FACIE ALLEGATIONS

1.    My national origin is United States of America (USA).

2.    My performance as security officer met Respondent's expectations. I was assigned to Respondent in November 2018 by Gamma Team Security, Inc.

3.    On February 12, 2019, I was harassed in the workplace in that:



Charge Number: 2019CF1273
Complainant: Helene T. Williams
Page 4 of 4

a. I was subjected to an intimidating and hostile environment because employees were drinking around children.
b. On January 13, 2019, Tiffany and Co. employees claimed that I was racist because I watched a black history video on my phone in the breakroom.

4. Respondent's conduct created a hostile intimidating and offensive work environment that substantially interfered with my ability to perform the essential functions of my job.

V.   A.   ISSUES/BASIS

HARASSMENT – DECEMBER 2018, THROUGH FEBRUARY 12, 2019, IN RETALIATION FOR COMPLAINANT ABOUT RACE, SEX AND RELIGIOUS DISCRIMINATION.

B.   PRIMA FACIE ALLEGATIONS

1. In December 2018, I complained to Leon Smith, Supervisor, that Tiffany and Co. in Old Orchard mall, discriminated against black females.

2. On February 12, 2019, I was harassed in the workplace in that:

a. I was subjected to an intimidating and hostile environment ecause employees were drinking around children.
b. On January 13, 2019, Tiffany and Co. employees claimed that I was racist because I watched a black history video on my phone in the breakroom.

3. Respondent's conduct followed my participation in a protected activity within such a timeframe as to raise an inference of retaliatory motivation.



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Chicago District Office**

500 West Madison Street, Suite 2000
Chicago, IL 60661
PH: (312) 869-8000
Chicago TTY (312) 869-8001
Enforcement Fax: (312) 869-8220
Intake Fax: (312) 869-8170

CHARGE NUMBER:          21B-2019-00600  2019CF
                                                              1273

CHARGING PARTY:         Helene T. Williams

RESPONDENT:             Tiffany and Company

I request that the Commission issue me a Notice of Right to Sue against the above named
Respondent. I understand that when the Notice of Right to Sue is issued the Commission will
cease processing my charge.

Date: 3/25/2019

(Signature)

P.O. Box 641373
(Address)

Chicago IL 60664
(City, State & Zip Code)

312-401-5988
(Telephone Number)

EEOC Form 161-B (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To:  **Helene T. Williams**
    **P O Box 641373**
    **Chicago, IL 60664**

From:  **Chicago District Office**
      **500 West Madison St**
      **Suite 2000**
      **Chicago, IL 60661**

☐ *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **21B-2019-00599** | **Daniel Lim,**<br>**State & Local Coordinator** | **(312) 869-8082** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐ More than 180 days have passed since the filing of this charge.

☒ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐ The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*Julianne Bowman*/mb

4/1/2019

Enclosures(s)

**Julianne Bowman,**
**District Director**

*(Date Mailed)*

cc:  **GAMMA TEAM SECURITY, INC**
    **C/O Chief Executive Officer**
    **3520 South Commercial Ave**
    **Northbrook, IL 60062**

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form. <br><br> # 19W0213.03 | ☒ IDHR <br><br> ☐ EEOC | 2019CF1272 |

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.) | | TELEPHONE NUMBER (include area code) |
|---|---|---|
| Helene T. Williams | | (312) 401-5988 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| P.O. Box 641373 | Chicago, Illinois 60664 | MM / DD / YYYY |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE NUMBER (include area |
|---|---|---|
| Gamma Team Security, Inc. | | (224) 325-4347 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 3520 Commercial Ave | Northbrook, Illinois 60062 | Cook |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION EARLIEST (ADEA/EPA) LATEST (ALL) |
|---|---|
| Race    Sex    National Origin    Retaliation    Equal Pay | November 18, 2018 - February 12, 2019 <br> ☐ CONTINUING ACTION |

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

### SEE ATTACHED

Page 1 of 8                                                                                                    MTS

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME <br><br> THIS 14th DAY OF February , 2019 <br><br> X _____ <br> NOTARY SIGNATURE |
|---|---|

KELLY ORTIZ <br> Official Seal <br> Notary Public – State of Illinois <br> My Commission Expires Sep 15, 2021 <br><br> NOTARY STAMP

X _____    2/17/2019 <br>
SIGNATURE OF COMPLAINANT    DATE

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

EEO 5 FORM (Rev. 7/12 INT)



Charge Number: 2019CF1272
Complainant: Helene T. Williams
Page 2 of 8

I.  A.  ISSUES/BASIS

UNEQUAL PAY – NOVEMBER 18, 2018, THROUGH FEBRUARY 12, 2019,
DUE TO MY RACE, BLACK.

   B.  PRIMA FACIE ALLEGATIONS

   1.  My race is black.

   2.  My performance as security officer met Respondent's expectations. I
       was hired on November 18, 2018.

   3.  From November 18, 2018, through February 12, 2019, Respondent paid
       me $11.00 per hour.

   4.  Respondent paid similarly situated non-black employees $15.00 per
       hour under similar circumstances.

II.  A.  ISSUES/BASIS

UNEQUAL PAY – NOVEMBER 18, 2018, THROUGH FEBRUARY 12, 2019,
DUE TO MY SEX, FEMALE.

   B.  PRIMA FACIE ALLEGATIONS

   1.  My sex is female.

   2.  My performance as security officer met Respondent's expectations. I
       was hired on November 18, 2018.

   3.  From November 18, 2018, through February 12, 2019, Respondent paid
       me $11.00 per hour.

   4.  Respondent paid similarly situated male employees $15.00 per hour
       under similar circumstances.

III.  A.  ISSUES/BASIS

UNEQUAL PAY – NOVEMBER 18, 2018, THROUGH FEBRUARY 12, 2019,
DUE TO MY RELIGION, HEBREW/JEWISH.

   B.  PRIMA FACIE ALLEGATIONS

   1.  My religion is Hebrew/Jewish.



    2. My performance as security officer met Respondent's expectations. I was hired on November 18, 2018.

    3. From November 18, 2018, through February 12, 2019, Respondent paid me $11.00 per hour.

    4. Respondent paid similarly situated non-Jewish employees $15.00 per hour under similar circumstances.

IV.  A.  ISSUES/BASIS

    UNEQUAL PAY – NOVEMBER 18, 2018, THROUGH FEBRUARY 12, 2019, DUE TO MY NATIONAL ORIGIN, UNITED STATES OF AMERICA.

    B.  PRIMA FACIE ALLEGATIONS

    1. My national origin is United States of America (USA).

    2. My performance as security officer met Respondent's expectations. I was hired on November 18, 2018.

    3. From November 18, 2018, through February 12, 2019, Respondent paid me $11.00 per hour.

    4. Respondent paid similarly situated non-USA employees $15.00 per hour under similar circumstances.

V.  A.  ISSUES/BASIS

    HARASSMENT – DECEMBER 2018, THROUGH FEBRUARY 12, 2019, DUE TO MY RACE, BLACK.

    B.  PRIMA FACIE ALLEGATIONS

    1. My race is black.

    2. My performance as security officer met Respondent's expectations. I was hired on November 18, 2018.

    3. From December 2018, through February 12, 2019, I was harassed in the workplace in that:

      a. Olga Kushinrenko (non-black) Corporate Dispatch Manager, attempted to force me to take a drug test.
      b. Kushinrenko threatened to have my PERC card canceled.



Charge Number: 2019CF1272
Complainant: Helene T. Williams
Page 4 of 8

    c. Respondent took no action when I reported that I subjected to an intimidating and hostile environment because employees of Respondent's client, Tiffany and Co. were drinking around children.

    d. Respondent took no action when I reported that on January 13, 2019, Tiffany and Co. employees claimed that I was racist because I watched a black history video on my phone in the breakroom.

4. Respondent's conduct created a hostile intimidating and offensive work environment that substantially interfered with my ability to perform the essential functions of my job.

VI.   A.   ISSUES/BASIS

    HARASSMENT – DECEMBER 2018, THROUGH FEBRUARY 12, 2019, DUE TO MY SEX, FEMALE.

    B.   PRIMA FACIE ALLEGATIONS

1. My sex is female.

2. My performance as security officer met Respondent's expectations. I was hired on November 18, 2018.

3. From December 2018, through February 12, 2019, I was harassed in the workplace in that:

    a. Olga Kushinrenko (female) Corporate Dispatch Manager, attempted to force me to take a drug test.

    b. Kushinrenko threatened to have my PERC card canceled.

    c. Respondent took no action when I reported that I subjected to an intimidating and hostile environment because employees of Respondent's client, Tiffany and Co. were drinking around children.

    d. Respondent took no action when I reported that on January 13, 2019, Tiffany and Co. employees claimed that I was racist because I watched a black history video on my phone in the breakroom.

4. Respondent's conduct created a hostile intimidating and offensive work environment that substantially interfered with my ability to perform the essential functions of my job.



Charge Number: 2019CF1272
Complainant: Helene T. Williams
Page 5 of 8

VII.   A.   ISSUES/BASIS

        HARASSMENT – DECEMBER 2018, THROUGH FEBRUARY 12, 2019,
        DUE TO MY RELIGION, HEBREW/JEWISH.

       B.   PRIMA FACIE ALLEGATIONS

            1.   My religion is Hebrew/Jewish.

            2.   My performance as security officer met Respondent's expectations. I
                 was hired on November 18, 2018.

            3.   From December 2018, through February 12, 2019, I was harassed in
                 the workplace in that:

                 a.  Olga Kushinrenko (non-Jewish) Corporate Dispatch Manager,
                     attempted to force me to take a drug test.
                 b.  Kushinrenko threatened to have my PERC card canceled.
                 c.  Respondent took no action when I reported that I subjected to an
                     intimidating and hostile environment because employees of
                     Respondent's client, Tiffany and Co. were drinking around
                     children.
                 d.  Respondent took no action when I reported that on January 13,
                     2019, Tiffany and Co. employees claimed that I was racist because
                     I watched a black history video on my phone in the breakroom.

            4.   Respondent's conduct created a hostile intimidating and offensive
                 work environment that substantially interfered with my ability to
                 perform the essential functions of my job.

VIII.  A.   ISSUES/BASIS

        HARASSMENT – DECEMBER 2018, THROUGH FEBRUARY 12, 2019,
        DUE TO MY NATIONAL ORIGIN, UNITED STATES OF AMERICA.

       B.   PRIMA FACIE ALLEGATIONS

            1.   My national origin is United States of America (USA).

            2.   My performance as security officer met Respondent's expectations. I
                 was hired on November 18, 2018.

            3.   From December 2018, through February 12, 2019, I was harassed in
                 the workplace in that:



Charge Number: 2019CF1272
Complainant: Helene T. Williams
Page 6 of 8

      a. Olga Kushinrenko (non-USA) Corporate Dispatch Manager, attempted to force me to take a drug test.

      b. Kushinrenko threatened to have my PERC card canceled.

      c. Respondent took no action when I reported that I subjected to an intimidating and hostile environment because employees of Respondent's client, Tiffany and Co. were drinking around children.

      d. Respondent took no action when I reported that on January 13, 2019, Tiffany and Co. employees claimed that I was racist because I watched a black history video on my phone in the breakroom.

4.    Respondent's conduct created a hostile intimidating and offensive work environment that substantially interfered with my ability to perform the essential functions of my job.

IX.   A.   **ISSUES/BASIS**

      HARASSMENT – DECEMBER 2018, THROUGH FEBRUARY 12, 2019, IN RETALIATION FOR COMPLAINANT ABOUT RACE AND SEX DISCRIMINATION.

    B.   **PRIMA FACIE ALLEGATIONS**

1.    In December 2018, I complained to Leon Smith, Supervisor, that Tiffany and Co. in Old Orchard mall, discriminated against black females.

2.    From December 2018, through February 12, 2019, I was harassed in the workplace in that:

      a. Olga Kushinrenko, Corporate Dispatch Manager, attempted to force me to take a drug test.

      b. Kushinrenko threatened to have my PERC card canceled.

      c. Respondent took no action when I reported that I subjected to an intimidating and hostile environment because employees of Respondent's client, Tiffany and Co. were drinking around children.

      d. Respondent took no action when I reported that on January 13, 2019, Tiffany and Co. employees claimed that I was racist because I watched a black history video on my phone in the breakroom.

3.    Respondent's conduct followed my participation in a protected activity within such a timeframe as to raise an inference of retaliatory motivation.



Charge Number: 2019CF1272
Complainant: Helene T. Williams
Page 7 of 8

X.    A.    ISSUES/BASIS

DISCHARGE – FEBRUARY 12, 2019, DUE TO MY RACE, BLACK.

B.    PRIMA FACIE ALLEGATIONS

1.    My race is black.

2.    My performance as security officer met Respondent's expectations. I was hired on November 18, 2018.

3.    On February 12, 2019, Olga Kushinrenko (non-black) Corporate Dispatch Manager, discharged me for refusing to take a drug test.

4.    Similarly situated non-black employees were not discharged under similar circumstances.

XI.    A.    ISSUES/BASIS

DISCHARGE – FEBRUARY 12, 2019, DUE TO MY SEX, FEMALE.

B.    PRIMA FACIE ALLEGATIONS

1.    My sex is female.

2.    My performance as security officer met Respondent's expectations. I was hired on November 18, 2018.

3.    On February 12, 2019, Olga Kushinrenko (female) Corporate Dispatch Manager, discharged me for refusing to take a drug test.

4.    Similarly situated male employees were not discharged under similar circumstances.

XII.    A.    ISSUES/BASIS

DISCHARGE – FEBRUARY 12, 2019, DUE TO MY RELIGION, HEBREW/JEWISH.

B.    PRIMA FACIE ALLEGATIONS

1.    My religion is Hebrew/Jewish.

2.    My performance as security officer met Respondent's expectations. I was hired on November 18, 2018.



3. On February 12, 2019, Olga Kushinrenko (non-Jewish) Corporate Dispatch Manager, discharged me for refusing to take a drug test.

4. Similarly situated non-Hebrew/Jewish employees were not suspended without pay under similar circumstances.

### XIII. A. ISSUES/BASIS

DISCHARGE – FEBRUARY 12, 2019, DUE TO MY NATIONAL ORIGIN, UNITED STATES OF AMERICA.

### B. PRIMA FACIE ALLEGATIONS

1. My national origin is United States of America (USA).

2. My performance as security officer met Respondent's expectations. I was hired on November 18, 2018.

3. On February 12, 2019, Olga Kushinrenko (non-USA) Corporate Dispatch Manager, discharged me for refusing to take a drug test.

4. Similarly situated non-USA employees were not discharged under similar circumstances.

### IXX. A. ISSUES/BASIS

DISCHARGE – FEBRUARY 12, 2019, IN RETALIATION FOR COMPLAINANT ABOUT RACE AND SEX DISCRIMINATION.

### B. PRIMA FACIE ALLEGATIONS

1. In December 2018, I complained to Leon Smith, Supervisor, that Tiffany and Co. in Old Orchard mall, discriminated against black females.

2. On February 12, 2019, Olga Kushinrenko, Corporate Dispatch Manager, discharged me for refusing to take a drug test.

3. Respondent's adverse action followed my participation in a protected activity within such a timeframe as to raise an inference of retaliatory motivation.



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Chicago District Office**

500 West Madison Street, Suite 2000
Chicago, IL 60661
PH: (312) 869-8000
Chicago TTY (312) 869-8001
Enforcement Fax: (312) 869-8220
Intake Fax: (312) 869-8170

CHARGE NUMBER:   2/3 -2019-00599

2019 CF
1272

CHARGING PARTY:   Helene I. Williams

RESPONDENT:   Gamma Team Security

I request that the Commission issue me a Notice of Right to Sue against the above named
Respondent. I understand that when the Notice of Right to Sue is issued the Commission will
cease processing my charge.

Date: 3/25/2019

_____
(Signature)

P.O. Box 641373
(Address)

Chicago IL 60664
(City, State & Zip Code)

312-401-5988
(Telephone Number)

St.Moritz info@gammateamcorp.com  Outlook

t to do

| Move ▾ | | Unread/ Read | New Group | Search People | A)) | | | | | | | | ••• | | | | Coming Soon | ● ON |

Move · Rules · OneNote | Assign Policy · Follow Up · Categorize ▾ | New Group Browse Groups | Address Book Filter Email ▾ | Read Aloud | Get Add-ins | Open Boomerang | Inbox Pause | Customer Manager | Save to Evernote | Sign Attachments | Request Signatures | More · | Reply with Meeting Poll | Find and Dial |

Move | Tags | Groups | Find | Speech | Add-ins | Boomerang | Evernote | DocuSign | FindTime | BOC add-in

Reply   Reply All   Forward

Tue 2/12/2019 6:14 PM

**BH**   Bob Hasson <bhasson@smssi.com>

**FW: Urgent Attention Required RE: TIFFANY 0018 Oak Brook, IL 2/3-2/27/19   [ ref:_00Dj01qBr1._5000arnoP5z:ref ]**

Gamma Team Security

SMSSI Dispatch Center

You replied to this message on 2/12/2019 7:02 PM.

Find / Dial Phone Numbers                                                                                                          + Get more add-ins

----Original Message----

From: Narramore, Taylor [mailto:Taylor.Narramore@Tiffany.com]

Sent: Tuesday, February 12, 2019 7:11 PM

To: Manaois, James; Camille Sinkler; Margie Streets; Darla Schimmel; servicerequest@scalert.com

Cc: SMSSI Dispatch Center; OB-Managers

Subject: Urgent Attention Required RE: TIFFANY 0018 Oak Brook, IL 2/3-2/27/19 [ ref:_00Dj01qBr1._5000arnoP5z:ref ]

Hi, Camille!

I just spoke with Bob at the Retail Division and he was kind enough to let me know that he is going to be reaching out to Gamma in regards to this situation. He said he will send us e-mail confirmation.

The guard from the below e-mail, whose name I believe is Helene, just called us at the store demanding to speak to James. James was posting and was unable to come to the phone. I am one of the Store Managers and took the call. She was LIVID, asking if we told her employer that we didn't want her to come back. I played dumb and told her that I couldn't speak to that as we contract our guards through a third party vendor and don't have control over who is contracted to the store. I said she would need to contact St. Moritz. She didn't recognize the name and when I asked who her employer was she said that she worked for Gamma. I cited that as an example and said that I really didn't have any control over who was contracted as it was all third party. She again asked if "we didn't WANT her to come back or not because THEY said we didn't WANT her to come back" using a very loud and aggressive voice. I again told her that I was so sorry and that I truly couldn't speak to it because we contract everything through a third party vendor.

The staff was already feeling unsafe because of her violent ranting. Now she is calling and harassing us because her company told her that she wasn't wanted back instead of, in light of the clearly delicate circumstance, just leaving it at something like "her services were no longer required". At this point we are worried for the safety of our staff and customers because of her aggressive, unstable and unprofessional behaviors.

I asked Bob to please contact Gamma and let them know that we do not want this individual to know that she is not wanted back and to instead just tell her that her services were no longer needed. We, for obvious reasons, do not want her to know that we requested that she need be posted here again due to her unstable behavior.

Please let me know if there is any other information that you require. I look forward to your prompt attention to this matter. We will be in the store until 9pm CST and are instructing all staff members to leave in groups.

Best,

Taylor Narramore | Store Manager

Tiffany & Co.

299 Oakbrook Center

Oak Brook, IL 60523

Phone: 630.574.7900 Ext. 950  Fax: 630.574.8010

Email: taylor.narramore@tiffany.com

*Helene T. Williams*



↓Reply  Reply All  Forward

Tue 2/12/2019 2:23 PM

CS

Camille Sinkler <csinkler@smssi.com>

RE: TIFFANY 0018 Oak Brook, IL 2/3-2/27/19   [ ref:_00Dj01qBr1._5000amoP5z:ref ]

Darla Schimmel; Gamma Team Security; William Lawhorn; Jill Barletta; Chasity Provance

SMSSI Dispatch Center

) Follow up. Completed on Tuesday, February 12, 2019.
You forwarded this message on 2/12/2019 2:27 PM.

Find / Dial Phone Numbers                                                                                                    + Get more add-ins

Please see below and confirm proper action as well as note no payment for service date 2/12/2019.

Unfortunately I had to send the guard home today at 1pm. She shows up on time and posts at the door which is great but we have some unprofessional behavioral issues that are not conducive to our work environment. Below are a few examples of why I asked her to go home:

While on break she was in our break room listening loudly to videos about Racial injustice and the Tyranny of the white man. She was also talking to herself about Suffrage and Racism. This was making our staff members uncomfortable while they were trying to enjoy their lunch times. She has also gotten into conversation about religion and her stance on herself being Jewish.

While posted at the front door she was waving her arms around wildly and talking out loud "the white man". It appeared as if she was giving a speech or something. Our clients would enter the store and approach our staff and ask if she was ok. I did speak to her personally in a general conversation and I did not see an ear piece in her ear so it is assumed she was just talking to herself. Also this started out as kind of a low tone but she ended up talking loud enough that people in the store were looking at her.

At the end of the day this is a Professional environment where we offer a luxury experience to our clients. These are hot button topics that do not have a place in a professional work environment. I would like to request that she does not return to our store for any future contract requests we have. Hopefully there is a replacement guard that can fill in for her shifts here. I believe she mentioned that she was due to work on Thursday next.


Sincerely,

Camille Sinkler
Supervisor
International Communications Center

St. Moritz Security Services Inc.
4600 Clairton Boulevard
Pittsburgh, PA. 15236

Phone 412-995-8650
Fax 412-942-0713

*Helene T. Williams*



LETTER
FROM
TIFFANY
GIVEN TO
HELENE
WILLIAMS
EXH 8.

We have Completed our
Tasks for the day. We have
asked ~~for~~ your contract Guard to
Enjoy the rest of her day by
going home at 1pm on 2-12-19
We will honor the 9 hours
We ~~Day~~ originally requested her for
Any Questions Please Email or Call
Me as I am providing my business
Card with this letter.

James Manno's
SBO

TIFFANY & CO.

Ex413

.ıll T-Mobile Wi-Fi 📶     12:53 PM     🡥 73% 🔋

**New Message**     Cancel

To: Helene Williams

Take a drug test not because of what you decided to be the reason. Take a drug test because in from of the client and its customers you acted inadequately.

You can refuse

But then it's a base for termination

As per Company policies

I feel as if you guys are discrimination against me because I'm a black female with Dreadlocks. You also have no rights to terminate my PERC card either. I reported your company and Tiffany's to Illinois Department of Financial Professional Regulations, the attorney general, and Department of Labor. This is grounds of retaliation and I will file with my attorney general representative.

Thank you for informing

 Text Message 

Helene T. Williams

      

EXH 15

need to.

Sorry, I can't talk right now.

Gamma Team Security has nothing to do with customers who tell you anything. We don't control that. From our side we appreciate all our employees, of all races and nationalities. All are equal

So let me find out tomorrow what Tiffany will say and I will update you.

That's racial profiling and slander and I can sue you for this. I don't use drugs, but am reporting this behavior to the Department of Labor.

Why do I need to take a drug test for racial profiling and unprofessional behavior.

Take a drug test not because of what you decided to be the reason. Take a drug test because in from of

Helene F. Williams

Text Message

CX4.13

**ıll T-Mobile Wi-Fi 🛜**   **12:51 PM**   🧭 **74% ▭**

**New Message**   Cancel

To: Helene  Williams

> I will talk to Tiffany's tomorrow.

> What I'm suggesting... to ask you to go and do a drug test to see if you are clean. The description of what you did there looks like you are under influence. To make sure it's not so, you will need to do a drug test this week.

> Also some of the customers "white" as well as employees come inside the store and name call while I'm on my post to provoke me. This is racial profiling and discrimination.

> And you have all the rights to file any claims/reports, etc to any government entity you think you need to.

> Sorry, I can't talk right now.

> Gamma Team Security has nothing to do with customers who tell you anything. We don't control that.

  Text Message 

      

*Helene T. Williams* (handwritten signature)

EX4 13

T-Mobile Wi-Fi                    12:50 PM                    74%

New Message                    Cancel

To: Helene  Williams

Me listening to videos in the break room has nothing to do with employees, this is racial profiling and discrimination. Jason the lead security officer has asked me to come back Thursday and said he make sure I'd paid 9 hours. I'm reporting this to the Department of Labor and Illinois Department of Financial Professional Regulations.

I will talk to Tiffany's tomorrow.

What I'm suggesting... to ask you to go and do a drug test to see if you are clean. The description of what you did there looks like you are under influence. To make sure it's not so, you will need to do a drug test this week.

Also some of the customers "white" as well as employees come inside the store and name call while I'm on my post to provoke me. This is

Text Message












Helene T. Williams

Ex# 13

**ıll T-Mobile Wi-Fi 🛜**　　　12:49 PM　　　✓ 74% 🔋

New Message　　　Cancel

To: Helene  Williams

believe she mentioned that she was due to work on
Thursday next.

Sincerely,

How can you explain this ?

What's the problem. They said I can
leave early. Who told you I had poor
performance?

See the screenshots I sent you

Read

Me listening to videos in the break
room has nothing to do with
employees, this is racial profiling
and discrimination. Jason the lead
security officer has asked me to
come back Thursday and said he
make sure I'd paid 9 hours. I'm
reporting this to the Department of
Labor and Illinois Department of
Financial Professional Regulations.

Helene T. Williams

Text Message

Ex413

New Message                    Cancel

To: Helene  Williams

While on break she was in our break room listening
loudly to videos about Racial injustice and the Tyranny of
the white man. She was also talking to herself about
Suffrage and Racism. This was making our staff
members uncomfortable while they were trying to enjoy
their lunch times. She has also gotten into conversation
about religion and her stance on herself being Jewish.

While posted at the front door she was waving her arms
around wildly and talking out loud "the white man". It
appeared as if she was giving a speech or something.
~~Our clients would enter the store and approach our staff~~
While posted at the front door she was waving her arms
around wildly and talking out loud "the white man". It
appeared as if she was giving a speech or something.
Our clients would enter the store and approach our staff
and ask if she was ok. I did speak to her personally in a
general conversation and I did not see an ear piece in
her ear so it is assumed she was just talking to herself.
Also this started out as kind of a low tone but she ended
up talking loud enough that people in the store were
looking at her.

At the end of the day this is a Professional environment
where we offer a luxury experience to our clients. These
are hot button topics that do not have a place in a
professional work environment. I would like to request
that she does not return to our store for any future
contract requests we have. Hopefully there is a
replacement guard that can fill in for her shifts here. I
believe she mentioned that she was due to work on
Thursday next.

Helene T. Williams

  Text Message 

      

Ex413

ᐧᑊᑉᓚ T-Mobile Wi-Fi 🛜    12:47 PM    🢅 75% 🔋

**New Message**    Cancel

To: Helene Williams

> You are no longer admitted to Tiffany's based on your performance/behavior

They told me to come back Thursday

> This I will find out from Tiffany's store manager tomorrow

 **Camille Sinkler**    2:23 PM
To Darla Schimmel, William Lawhorn, + 4  •••

Please see below and confirm proper action as well as note no payment for service date 2/12/2019.

Unfortunately I had to send the guard home today at 1pm. She shows up on time and posts at the door which is great but we have some unprofessional behavioral issues that are not conducive to our work environment. Below are a few examples of why I asked her to go home:

While on break she was in our break room listening loudly to videos about Racial injustice and the Tyranny of the white man. She was also talking to herself about Suffrage and Racism. This was making our staff members uncomfortable while they were trying to enjoy their lunch times. She has also gotten into conversation about religion and her stance on herself being Jewish.

     Text Message    

      

*Helene T. Williams*

EXH13

New Message Cancel

To: Helene Williams

Tue, Feb 12, 6:00 PM

Are you sure you want me to do Oak Brook Tiffany's tomorrow?

I'm driving. Will get back to you as soon as I get where I am heading. Thanks

(I'm not receiving notifications. If this is urgent, reply "urgent" to send a notification through with your original message.)

I can do all days, but can you confirm that they want me to go back to Oak Brook? I heard different. I can do Tomorrow, Thursday, Saturday, and Sunday. Urgent!

You are no longer admitted to Tiffany's based on your performance/behavior

They told me to come back

Helene T. Williams

  Text Message 

      



## OFFICE OF THE ATTORNEY GENERAL
STATE OF ILLINOIS

**KWAME RAOUL**
ATTORNEY GENERAL

January 28, 2019

Helene Williams
1530 N Sedgwick Street
Chicago, IL 60610

Re: Gamma Team Security
File No: 2018-CONSC-00086696

Dear Ms. Williams:

Thank you for your recent letter regarding the above-named business.

We wish to express our appreciation for your cooperation in bringing this matter to our attention, and we have recorded the information that you have provided in our complaint files for possible future use in enforcing Illinois' consumer protection laws. It is only through the assistance of concerned citizens that we can effectively do our job of enforcing Illinois' consumer protection laws.

Sincerely,

ATTORNEY GENERAL
State of Illinois

*Virginia Luevano*

Virginia Luevano
Citizen's Advocate
Consumer Protection Bureau
(312) 814-4322
cm



**OFFICE OF THE ATTORNEY GENERAL**
STATE OF ILLINOIS

**KWAME RAOUL**
ATTORNEY GENERAL

January 28, 2019

Helene Williams
1530 N Sedgwick Street
Chicago,IL 60610

Re: Gamma Team Security
File No: 2018-CONSC-00086696

Dear Ms. Williams:

The Consumer Protection Division of the Attorney General's Office has received your recent complaint. The matter you described appears to fall under the authority of the agency named below. Therefore, we have sent your correspondence to that agency for its review.

Agency:

**Illinois Department of Labor**
**160 N. LaSalle, Suite C-1300**
**Chicago, IL 60601**

Sincerely,

ATTORNEY GENERAL
State of Illinois

*Virginia Luevano*

Virginia Luevano
Citizen's Advocate
Consumer Protection Bureau
Vluevano@atg.state.il.us
(312) 814-4322

Enclosure(s)
cm